# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMINO'S PIZZA FRANCHISING LLC** and **DOMINO'S IP HOLDER LLC**, : : : : **Plaintiffs** : : v. : : **MAKING THE DOUGH, INC.** and **WAYNE C. CRECELIUS**, : : : **Defendants** : | **CIVIL ACTION NO. 1:09-CV-0661** <br><br> **(Judge Conner)** |

## **ORDER**

AND NOW, this 28th day of April, 2009, upon consideration of the unopposed motion (Doc. 40) to extend the temporary restraining order (Doc. 21) dated April 15, 2009, and it appearing that, upon a showing of good cause, the court may extend a temporary restraining order for any period of time to which all parties consent, see FED. R. CIV. P. 65(b)(2), and it further appearing that the parties hereto have jointly requested an extension of the temporary restraining order (Doc. 21) to allow them to memorialize an agreement for amicable resolution of this matter, (see Doc. 40 ¶¶ 6-8), and the court concluding that they have therefore established good cause for the requested relief, it is hereby ORDERED that:

1. The motion (Doc. 40) to extend the temporary restraining order (Doc. 21) is GRANTED.

2. The temporary restraining order (Doc. 21) is **EXTENDED** until the earlier of the following events:

    a. Entry of an order granting plaintiffs injunctive relief the under terms of a settlement agreement negotiated by the parties.

    b. Entry of an order granting or denying a preliminary injunction in plaintiffs' favor under Rule 65 of the Federal Rules of Civil Procedure.


       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge