IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINO'S PIZZA FRANCHISING LLC, and DOMINO'S IP HOLDER LLC : <br><br> Plaintiffs, <br><br> vs. <br><br> MAKING THE DOUGH, INC., and WAYNE C. CRECELIUS <br><br> Defendants. | CIVIL ACTION <br> NO. 1:09-CV-0661 <br><br> JUDGE CONNER |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiffs, Domino's Pizza Franchising LLC and Domino's IP Holder LLC, and Defendants, Making the Dough, Inc. and Wayne C. Crecelius, respectfully request that the Court enter the attached Order and Judgment, together with such other and further relief as the Court deems proper.

RHOADS & SINON, LLP                    POST & SCHELL, P.C.

By: /s/ Timothy J. Nieman
Robert Tribeck                                    By: /s/ James J. Kutz
Attorney I.D. No. 74486                      James J. Kutz, Esquire
Timothy J. Nieman                              Attorney I.D. No. 21589
Attorney I.D. No. 66024                      jkutz@postschell.com

743144.1

One South Market Square, 12th Floor
Harrisburg, PA 17108-1146
Telephone: (717) 233-5731
tnieman@rhoads-sinon.com

-and-

SHIPMAN & GOODWIN LLP
Julie A. Manning
Eric S. Goldstein
One Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000

Attorneys for Plaintiffs, Domino's Pizza Franchising LLC and Domino's IP Holder LLC

17 North 2nd St., 12th Floor
Harrisburg, PA 17101
Telephone: (717) 612-6038

Attorney for Defendants, Making the Dough, Inc. and Wayne C. Crecelius